# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

### THIS SECTION MUST BE COMPLETED BY APPELLANT

| | | |
|---|---|---|
| **CASE TITLE** Komatsu v. The City of New York | **DISTRICT** United States District Court for the Southern District of New York | **DOCKET NUMBER** 21-75 |
| | **JUDGE** Gabriel Gorenstein | **APPELLANT** |
| | **COURT REPORTER** | **PRO SE APPELLANT** Towaki Komatsu |

**Check the applicable provision:**
- [ ] I am ordering a transcript.
- [X] I am not ordering a transcript

Reason for not ordering a transcript:
- [ ] Copy is already available
- [X] No transcribed proceedings
- [ ] Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (i.e., oral argument, order from the bench, etc.)

**METHOD OF PAYMENT**  [ ] Funds   [ ] CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**
- [ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- [ ] PREPARE TRANSCRIPT OF TRIAL
- [ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- [ ] OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (APPELLANT'S NAME, ADDRESS, TELEPHONE)

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

**APPELLANT'S SIGNATURE** [signed]   **DATE** 1/25/21

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |

| SIGNATURE OF COURT REPORTED | DATE |
|---|---|
| | |

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**Towaki Komatsu,**

          Plaintiff-Appellant,

v.

The City of New York

          Defendants-Appellees.

**CERTIFICATE OF SERVICE***

Docket Number 21-75

I, **Towaki Komatsu**, hereby certify under penalty of perjury that
(print name)

on 1/25/21 I served the attached **a)** Form D-P and **d)** Acknowledgment & Notice of Appearance form on defendants' attorney for the docket number shown above
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery     ___ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     _X_ E-Mail (on consent)

on the following parties:

**See attached for details.**

---

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

1/25/21

Today's Date                          Signature

Certificate of Service Form

**How service was effectuated on 1/25/21**:

| Parties | Attorney | E-mailed To |
|---|---|---|
| The City of New York, Rafael Beato, Andrew Berkowitz. Raymond Gerola, Yu Lie Ralph Nieves, Howard Redmond, Pinny Ringel, Rachel Atcheson, Harold Miller | James Johnson | ServiceECF@law.nyc.gov |